# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Caption [use short title]

**Docket Number(s):** 12-3639-cv

KAREN HOOKS et al.

**Motion for:** Extension of Time

Set forth below precise, complete statement of relief sought:
Extension of time for 14 days to file Appellants' Opening Brief. First Request.

-v-

FORMAN, HOLT, ELIADES & RAVIN, LLC.

**MOVING PARTY:** Karen Hooks and Geraldine Moore    **OPPOSING PARTY:** Forman, Holt, Eliades & Ravin, LLC.

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** NOVLETTE R. KIDD    **OPPOSING ATTORNEY** [Name]: DAVID H. WEINSTEIN
[name of attorney, with firm, address, phone number and e-mail]    [name of attorney, with firm, address, phone number and e-mail]

Fagenson & Puglisi    Weinstein Kitchenoff & Asher, LLC.
450 Seventh Avenue, Suite 704    1845 Walnut Street, Suite 1100
New York, New York 10123    Philadelphia, PA 19103
(212)268-2128    (215)545-7200
Nkidd@fagensonpuglisi.com    Weinstein@wka-law.com

**Court-Judge/Agency appealed from:** Southern District of New York

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
 A. been sought?    ☑ Yes    ☐ No
 B. been obtained?    ☑ Yes    ☐ No

Is **oral argument** requested?    ☐ Yes    ☑ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been **set**?    ☐ Yes    ☑ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made **below**?    ☐ Yes    ☐ No
Has this relief been previously sought
in this Court?    ☐ Yes    ☐ No

Requested return date and explanation of emergency:
_____
_____

**Signature of Moving Attorney:**
_____    **Date:** 10/31/2012    Has **service** been effected?    ☑ Yes    ☐ No
[Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED    DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (Revised 10/31/02).

Docket No. 12-3639-cv

------------------------------------------------------------X
KAREN HOOKS and GERALDINE MOORE,
on behalf of themselves individually and all
others similarly situated

                      Appellants,

                                         AFFIRMATION IN SUPPORT

    -against-

FORMAN, HOLT, ELIADES & RAVIN, LLC.,

                      Appellee.
------------------------------------------------------------X

    I, NOVLETTE R. KIDD, as lead counsel on appeal for Plaintiffs/Appellants KAREN HOOKS and GERALDINE MOORE, declare as follows:

1. I respectfully submit this motion to extend time by two weeks to file the opening brief from October 31, 2012 to November 14, 2012.

2. I have been in contact with opposing counsel and he does not object to an extension of time of two weeks.

3. As this is an appeal from a threshold dismissal, the briefing schedule was expedited by the Court pursuant to Local Rule 31.2(b). The reason for my request for the extension of time is partly due to the funeral and estate matters with which I have had to deal in the wake of the recent passing of my grandmother, which have diverted much of my time and attention and caused periods away from the office. I was

unable to file this motion earlier this week because of loss of internet service as a result of hurricane Sandy and the Court's forms website also not being fully functioning. This is my first request for an extension of time and I do not anticipate any further requests.

WHEREFORE, it is respectfully requested that the Appellants' time to file the brief be extended by 14 days from October 31, 2012 to November 14, 2012.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
October 31, 2012.

Respectfully submitted,
FAGENSON & PUGLISI

   */s/ Novlette R. Kidd*
NOVLETTE R. KIDD, ESQ.
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Fax:(212)268-2127
Nkidd@fagensonpuglisi.com
Attorneys for Appellants

# CERTIFICATE OF SERVICE

I, NOVLETTE R. KIDD, hereby certify that on this 31st day of October, 2012 a copy of the foregoing Motion for Extension of Time was filed electronically in the Court's Electronic Case Filing System. A copy hereof has been served by regular first class mail with postage pre-paid to Appellee's counsel as described below and Notice of this filing will be sent to all parties of record, including Appellee's counsel.

David H. Weinstein, Esq.
Weinstein Kitchenoff & Asher, LLC.
Attorneys for Appellee
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.:(215)545-7200
Weinstein@wka-law.com

                                                                             */s/ Novlette R. Kidd*
                                                             NOVLETTE R. KIDD, ESQ.
                                                             Attorney for Appellants