# Joanne S. Faulkner
ATTORNEY AT LAW
_____
123 AVON STREET NEW HAVEN, CT 06511-2422   TELEPHONE (203) 772-0395   j.faulkner@snet.net

March 4, 2013

Clerk, Court of Appeals
Room 1702
U.S. COURTHOUSE
40 Foley Square
NEW YORK NY 10007

    Re: Hooks v. Forman Holt Eliades & Ravin LLC., No. 12-3639

Honorable Clerk:

On March 1, 2013, the Third Circuit discussed a collection letter that tracked the statutory language of §1692g(a)(3), confirming that even in the Third Circuit, collectors use that statutory language as the norm. "As the District Court indicated, the Validation Notice on the reverse side of HRRG's Collection Letter—at least when viewed in isolation—satisfied this statutory scheme." *Caprio v. Healthcare Revenue Recovery Group, LLC,* 2013 WL 765169 *5, slip op. at 13 (3d Cir. Mar. 1, 2013).

The Circuit reaffirmed its decision in *Graziano v. Harrison*, 950 F.2d 107 (3d Cir. 1991), but did not mention *Camacho v. Bridgeport Financial, Inc.*, 430 F.3d 1078 (9th Cir. 2005). It held that the form and substance of collection letter prominently requesting a phone call on the front would lead the least sophisticated consumer to be so uncertain of her rights as to overlook the need to file a written dispute to obtain the benefits of §1692g(b). Slip op. at 19.

                                          Respectfully,

                                          Joanne S. Faulkner

cc: David Weinstein, Esq.