# FAGENSON & PUGLISI
## ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 704
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

LINDA V. RAMPERTAB

TELEPHONE: (212) 268-21..
FAX: (212) 268-21..

April 18, 2013

Clerk, Court of Appeals
For the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Hooks v. Forman Holt Eliades & Ravin, LLC., 12-cv-3639**

Honorable Clerk,

This is to request a copy of the transcript of the oral argument in the captioned action, which took place on February 13, 2013.

I thank you for your kind consideration of the foregoing.

Respectfully Submitted,
FAGENSON & PUGLISI


By: _/s/ Novlette R. Kidd_
    NOVLETTE R. KIDD