# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand and thirteen.

Before: PETER W. HALL,
    DEBRA ANN LIVINGSTON,
    CHRISTOPHER F. DRONEY,
      *Circuit Judges*.

_____

Karen Hooks and Geraldine Moore, on behalf of themselves individually and all others similarly situated,

    Plaintiffs-Appellants,

    v.

Forman, Holt, Eliades & Ravin, LLC,

    Defendant - Appellee.

_____

**JUDGMENT**
Docket No. 12-3639

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED, and the case is REMANDED in accordance with the opinion of this court.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court