# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 29, 2013
Docket #: 12-3639cv
Short Title: Hooks et al v. Forman, Holt, Elaides & Ravin,

DC Docket #: 11-cv-2767
DC Court: SDNY (NEW YORK CITY)
DC Judge: Preska

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for _____Plaintiffs-Appellants Karen Hooks and Geraldine Moore_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the _____Defendant-Appellee Forman Holt Eliades & Ravin, LLC._____

and in favor of _____Plaintiffs-Appellants Karen Hooks and Geraldine Moore_____

for insertion in the mandate.

Docketing Fee      $455.00

Costs of printing appendix (necessary copies    10    )    $ 823.33

Costs of printing brief (necessary copies    10    )    $ 676.67

Costs of printing reply brief (necessary copies    9    )    $1,108.35

**(VERIFICATION HERE)**

I hereby verify that the above Bill of Costs and attached statements constitute an accurate statement of the taxable costs incurred in this matter.

/s/ Novlette R. Kidd
Signature

# COUNSEL PRESS

## BILL OF COSTS

**CLIENT:** Fagenson & Puglisi
450 Seventh Avenue
Suite 704
New York NY 10123

**ATTN:** Novlette R. Kidd, Esq.

**RE:** Hooks v. Forman, Holt, Elaides & Ravin
**INVOICE:** 9035411
**COURT:** USCOA - 2nd Cir.

| APPELLANT'S BRIEF & APPENDIX | COPIES | UNITS | | COST | | TOTAL |
|---|---|---|---|---|---|---|
| Cover(s) - Binding Included | | 1 | @ $ | 135.00 | $ | 135.00 |
| Page(s) Table of Contents | | 1 | @ $ | 98.00 | $ | 98.00 |
| Page(s) Table of Citations | | 4 | @ $ | 130.00 | $ | 520.00 |
| Reproduction | 10 | 82 | @ $ | 0.707 | $ | 580.00 |
| Numbered Make Readies | | 49 | @ $ | 0.250 | $ | 12.25 |
| Hour(s) Paralegal Time | | 1 | @ $ | 105.000 | $ | 105.00 |
| Electronic File Production and Review | | 1 | @ $ | 65.00 | $ | 65.00 |
| File Upload(s) | | 1 | @ $ | 35.00 | $ | 35.00 |
| Filing of Documents | | 1 | @ $ | 75.00 | $ | 75.00 |

|   |   |   |
|---|---|---|
| **SUB-TOTAL:** | $ | 1,625.25 |
| **DISCOUNT:** | $ | 247.52 |
| **APPLICABLE SALES TAX:** 8.875% | $ | 122.27 |
| **TOTAL:** | $ | 1,500.00 |

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)

Boston, MA • Buffalo, NY • Chicago, IL • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Walton, NY • Washington, DC

# COUNSEL PRESS

## BILL OF COSTS

**CLIENT:** Fagenson & Puglisi
450 Seventh Avenue
Suite 704
New York NY 10123
**ATTN:** Novlette R. Kidd, Esq.

**RE:** Hooks v. Forman, Holt, Elaides & Ravin
**INVOICE:** 9036199
**COURT:** USCOA - 2nd Cir.

| REPLY BRIEF | COPIES | UNITS | | COST | | TOTAL |
|---|---|---|---|---|---|---|
| Cover(s) - Binding Included | | 1 | @ $ | 135.00 | $ | 135.00 |
| Page(s) Table of Contents | | 1 | @ $ | 98.00 | $ | 98.00 |
| Page(s) Table of Citations | | 3 | @ $ | 130.00 | $ | 390.00 |
| Reproduction | 9 | 23 | @ $ | 1.063 | $ | 220.00 |
| Electronic File Production and Review | | 1 | @ $ | 65.00 | $ | 65.00 |
| File Upload(s) | | 1 | @ $ | 35.00 | $ | 35.00 |
| Filing of Documents | | 1 | @ $ | 75.00 | $ | 75.00 |

**SUB-TOTAL:** $ 1,018.00
**APPLICABLE SALES TAX:** 8.875% $ 90.35

**TOTAL:** $ 1,108.35

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)

Boston, MA • Buffalo, NY • Chicago, IL • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Walton, NY • Washington, DC

# CERTIFICATE OF SERVICE

I, Novlette R. Kidd, an attorney, hereby certify that on June 11, 2013, I caused to be served the foregoing Bill of Costs by regular first class mail postage pre-paid upon the following individual at the following address:

David H. Weinstein, Esq.
Weinstein Kitchenoff & Asher, LLC.
Attorneys for Defendant-Appellee
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Dated: New York, New York
      June 11, 2013.

                                                      /s/ Novlette R. Kidd
                                                      Novlette R. Kidd