# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of September, two thousand and thirteen.

Before:    Peter W. Hall,
              Debra Ann Livingston,
              Christopher F. Droney,
                  *Circuit Judges*.

_____

Karen Hooks, and Geraldine Moore, on behalf of themselves individually and all others similarly situated,

  Plaintiffs-Appellants,

           v.

Forman, Holt, Elaides & Ravin, LLC,

  Defendant-Appellee.

**STATEMENT OF COSTS**
Docket No. 12-3639

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1,997.00 in favor of the Appellants.

                                           For the Court:

                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court